IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FORTINET, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1066-SLR |
| | ) | |
| FIREEYE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### FIREEYE, INC.'S REQUEST FOR ORAL ARGUMENT

Defendant FireEye, Inc. ("FireEye") hereby requests oral argument on its motion to transfer this case to the Northern District of California (D.I. 12).

Dated:  November 13, 2012

Respectfully submitted,

*/s/ Chad S.C. Stover*

Francis DiGiovanni (#3189)
Chad S.C. Stover (#4919)
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
cstover@cblh.com

Shane Brun (*Pro Hac Vice*)
K&L GATES LLP
4 Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220
shane.brun@klgates.com

Attorneys for Defendant
*FIREEYE, INC.*