IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET INC, | CASE NO. 5:13-CV-02496-EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| FIREEYE INC, | |
| Defendant. | |

This matter is currently set for a Case Management Conference on September 27, 2013. Having reviewed the parties' Joint Case Management Conference Statement, Dkt. Item No. 56, the court finds that a conference would not be productive at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its forthcoming order on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, Dkt. Item No. 45.

**IT IS SO ORDERED.**

Dated: September 24, 2013

EDWARD J. DAVILA
United States District Judge