Michael J. Bettinger (SBN 122196)
mike.bettinger@klgates.com
Shane Brun (SBN 179079)
shane.brun@klgates.com
Holly Hogan (SBN 238714)
holly.hogan@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111-5994
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant
FIREEYE, INC.

John M. Neukom (SBN 275887)
johnneukom@quinnemanuel.com
Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone (415) 875-6600
Facsimile (415) 875-6700

Attorneys for Plaintiff
FORTINET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>             Plaintiff,<br><br>     vs.<br><br>FIREEYE, INC.,<br><br>             Defendant. | Case No. 5:13-cv-02496-EJD-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: August 22, 2012<br>Trial Date: None |

1  WHEREAS, on September 30, 2014, the Court issued an order granting-in-part and denying-in-part Defendant FireEye, Inc.'s ("FireEye") Motion to Dismiss Plaintiff Fortinet, Inc.'s ("Fortinet") First Amended Complaint, and also granting Fortinet leave to file a second amended complaint, Dkt. No. 70;

WHEREAS, on October 15, 2014, Fortinet filed a Second Amended Complaint, Dkt. No. 71;

WHEREAS, under the Federal Rules of Civil Procedure, Rule 15(a)(3), FireEye's response to Fortinet's Second Amended Complaint would be due on October 29, 2014;

WHEREAS the parties have agreed to extend FireEye's time to respond to Fortinet's Second Amended Complaint until November 21, 2014;

AND WHEREAS extending FireEye's time to respond to November 21, 2014 will not affect any other deadline currently scheduled in this matter;

THEREFORE, the parties stipulate to and request an extension of the deadline for FireEye to file its response to Fortinet's Second Amended Complaint from October 29, 2014 to and including Friday, November 21, 2014.

Dated:  October 28, 2014

Respectfully submitted,

K&L GATES LLP

By:      /s/ *Shane Brun*
MICHAEL J. BETTINGER (SBN 122196)
SHANE BRUN (SBN 179079)
HOLLY HOGAN (SBN 238714)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
mike.bettinger@klgates.com
shane.brun@klgates.com

Attorneys for Defendant
FIREEYE, INC.

Dated:  October 28, 2014                Respectfully submitted,


                                        By:     /s/ John Neukom
                                        John M. Neukom (SBN 275887)
                                        Andrew M. Holmes (SBN 260475)
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, California 94111
                                        Telephone (415) 875-6600
                                        Facsimile (415) 875-6700
                                        johnneukom@quinnemanuel.com
                                        drewholmes@quinnemanuel.com

                                        Attorneys for Plaintiff
                                        FORTINET, INC.


**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

   Pursuant to General Order 45X.B, I, Shane Brun, attest that the above signatories have concurred and consented to the filing of this document.

Dated:  October 28, 2014                /s/ Shane Brun
                                        Shane Brun

**ORDER**

Pursuant to the stipulation, this Court GRANTS the parties' request to extend FireEye's deadline to respond to Fortinet's Second Amended Complaint to November 21, 2014.

IT IS SO ORDERED.

DATED: _____10/30/2014_____

_____
EDWARD J. DAVILA
United States District Judge