1  JOHN NEUKOM (Bar No. 275887)
   johnneukom@quinnemanuel.com
2  ANDREW M. HOLMES (Bar No. 260475)
   drewholmes@quinnedmanuel.com
3  ALICIA VEGLIA (Bar No. 291070)
   aliciaveglia@quinnemanuel.com
4  MATTHEW CANNON (Bar No. 252666)
   matthewcannon@quinnemanuel.com
5  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:  (415) 875-6600
7  Facsimile:  (415) 875-6700

8  Attorneys for Plaintiff FORTINET, INC.

9  SHANE BRUN (SBN 179079)
   sbrun@goodwinprocter.com
10 **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
11 San Francisco, California 94111
   Telephone.:  415.733.6000
12 Facsimile.:  415.677.9041

13 CHARLES H. SANDERS (*pro hac vice*)
   csanders@goodwinprocter.com
14 **GOODWIN PROCTER LLP**
   53 State Street
15 Boston, MA 02109
   Telephone: (617) 570-1315
16 Facsimile: (617) 523-1231

17 Attorneys for Defendant FIREEYE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| FORTINET, INC., | Case No. 5:13-cv-02496-EJD-PSG |
|---|---|
| Plaintiff, | **STIPULATION REGARDING [PROPOSED] AMENDED ANSWER AND COUNTERCLAIMS** |
| vs. | |
| FIREEYE, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | **Courtroom: 4**<br>**Judge: Hon. Edward J. Davila**<br>**Floor: 5th Floor** |

STIPULATION REGARDING [PROPOSED] AMENDED ANSWER AND COUNTERCLAIMS
CASE NO. 5:13-CV-02496-EJD-PSG

1  Plaintiff Fortinet, Inc. ("Plaintiff") and Defendant FireEye, Inc. ("FireEye" or "Defendant")
2  hereby stipulate and agree to the following terms:
3  WHEREAS on November 21, 2014, Defendant filed its Answer to Fortinet's First Amended
4  Complaint and Counterclaims; and
5  WHEREAS FireEye sought consent from Plaintiff to amend its Answer and Counterclaims to
6  include a government sales defense under 28 U.S.C. § 1498, and Plaintiff agreed.
7  NOW, THEREFORE, the parties by and through their respective counsel hereby stipulate
8  and agree that the Amended Answer to Fortinet's First Amended Complaint and Counterclaims
9  attached hereto as Exhibit A may be filed by consent pursuant to Federal Rule of Civil Procedure
10 15(a)(2) and deemed filed and served as of this date.

1  Plaintiff Fortinet, Inc. ("Plaintiff") and Defendant FireEye, Inc. ("FireEye" or "Defendant")
2  hereby stipulate and agree to the following terms:
3  WHEREAS on November 21, 2014, Defendant filed its Answer to Fortinet's First Amended
4  Complaint and Counterclaims; and
5  WHEREAS FireEye sought consent from Plaintiff to amend its Answer and Counterclaims to
6  include a government sales defense under 28 U.S.C. § 1498, and Plaintiff agreed.
7  NOW, THEREFORE, the parties by and through their respective counsel hereby stipulate
8  and agree that the Amended Answer to Fortinet's First Amended Complaint and Counterclaims
9  attached hereto as Exhibit A may be filed by consent pursuant to Federal Rule of Civil Procedure
10 15(a)(2) and deemed filed and served as of this date.

1  IT IS SO STIPULATED on this 9th day of February, 2015.

2                                                Respectfully submitted,

4  Dated: February 9, 2015                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

6                                    By:   */s/ Matthew Cannon*
                                           John M. Neukom
                                           Andrew M. Holmes
                                           Alicia M. Veglia
                                           Matthew Cannon
                                           50 California Street, 22nd Floor
                                           San Francisco, CA 94111
                                           Tel: 415-875-6600
                                           Fax: 415-875-6700

                                           Attorneys for Plaintiff
                                           FORTINET, INC.

                                           **GOODWIN PROCTER LLP**

                                    By:   */s/ Shane Brun*
                                           Shane Brun
                                           Three Embarcadero Center, 24th Floor
                                           San Francisco, California 94111
                                           Tel.: 415.733.6000
                                           Fax.: 415.677.9041

                                           Attorneys for Defendant
                                           FIREEYE, INC.

                                           **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The amended answer shall be filed as a separate docket item forthwith.

DATED: 2/10/2015                           _____
                                           HON. EDWARD J. DAVILA
                                           United States District Judge

**Local Rule 5-1(i)(3) Attestation**

I, Shane Brun, am the ECF user whose ID and Password are being used to file this STIPULATION REGARDING [PROPOSED] AMENDED ANSWER AND COUNTERCLAIMS.

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Matthew Cannon counsel for Plaintiff, Fortinet, Inc., has concurred in its filing.

Dated:            February 9, 2015                                   */s/ Shane Brun*
                                                                      Shane Brun

1 | **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 9, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Shane Brun*
Shane Brun