UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>FIREEYE INC.,<br><br>         Defendant. | Case No.  13-cv-02496-HSG<br><br>**ORDER GRANTING FIREEYE, INC.'S UNOPPOSED MOTION TO SHORTEN TIME TO HEAR FIREEYE'S MOTION TO AMEND THE CASE SCHEDULE**<br><br>Re: Dkt. No. 140 |

Presently before the court is Defendant and Counterclaim Plaintiff FireEye, Inc.'s ("Defendant") Unopposed Motion to Shorten Time to Hear FireEye's Motion To Amend the Case Schedule.  The Court has considered the motion, and the arguments of counsel, and hereby grants Defendant's motion.

**IT IS HEREBY ORDERED** that Plaintiff's Opposition or Response to Defendant's motion shall be filed no later than **Monday, August 10, 2015**; the Defendant's Reply Brief shall be **WAIVED**; the hearing shall be held on **Tuesday, August 11, 2015 at 2:00 p.m.** in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco**.**

**IT IS SO ORDERED.**

Dated: 8/4/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge