# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Fortinet Inc.

      Plaintiff(s),

v.

FireEye Inc.

      Defendant(s).

Case No: 3:13-cv-02496-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Phong T. Dinh, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FireEye Inc. in the above-entitled action. My local co-counsel in this case is Rachel M. Walsh, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Goodwin Procter LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001-4432 | Goodwin Procter LLP<br>Three Embarcadero Center, 24th Floor<br>San Francisco, CA 94111-4003 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 346-4000 | (415) 733-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| PDinh@goodwinprocter.com | RWalsh@goodwinprocter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1004477.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/12/2015          /s/ Phong T. Dinh

                                                     APPLICANT
                                            Phong T. Dinh

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Phong T. Dinh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/13/2015

                                      UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



### District of Columbia Court of Appeals
#### Committee on Admissions
#### 430 E Street, N.W. — Room 123
#### Washington, D. C. 20001
#### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## PHONG TRUONG DINH

was on **NOVEMBER 4, 2011** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on* **August 12, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on August 12, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: August 12, 2015                                          Respectfully Submitted,

By: /s/ Phong T. Dinh
Phong T. Dinh