1  SHANE BRUN (SBN 179079)
   sbrun@goodwinprocter.com
2  RACHEL M. WALSH (SBN 250568)
   rwalsh@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111
   Tel.:  415.773.6000
5  Fax.:  415.677.9041

6  CHARLES H. SANDERS (*pro hac vice*)
   csanders@goodwinprocter.com
7  LANA SHIFERMAN (*pro hac vice*)
   lshiferman@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   53 State Street
9  Boston, Massachusetts 02109
   Tel.:  617.570.1000
10 Fax.:  617.523.1231

11 Attorneys for Defendant and Counterclaim
   Plaintiff FIREEYE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREEYE, INC., <br><br> Defendant. | Case No. 3:13-cv-02496-HSG <br><br> **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO TAKE THE DEPOSITION OF THIRD PARTY MR. SHAOHONG WEI AFTER THE CLOSE OF FACT DISCOVERY** |
| FIREEYE, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Counterclaim Defendant. | |

**ORDER**

Good cause having been shown, this Court hereby GRANTS the Parties' request to extend the deadline to complete discovery for the limited purpose of taking of Mr. Wei's deposition from September 4, 2015 to September 24, 2015.

IT IS SO ORDERED.

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

**CERTIFICATE OF SERVICE**

I, Shane Brun, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on August 24, 2015.

/s/ *Shane Brun*
   Shane Brun

CERTIFICATE OF SERVICE
CASE NO. 3:13-CV-02496-HSG