UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIREEYE, INC.<br><br>    Defendant. | Case No. 3:13-cv-02496-HSG<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF MICHAEL J. BETTINGER AS COUNSEL OF RECORD |

The Court having considered the request by Defendant FireEye, Inc. to withdraw Michael J. Bettinger as counsel of record, the request is hereby GRANTED.

IT IS SO ORDERED.

Dated: 8/31/2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

[PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL - CASE NO. 3:13-CV-02496-HSG