1  SHANE BRUN (SBN 179079)
   sbrun@goodwinprocter.com
2  RACHEL M. WALSH (SBN 250568)
   rwalsh@goodwinprocter.com
3  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
4  San Francisco, California 94111
   Telephone: 415.733.6000
5  Facsimile: 415.677.9041

6  CHARLES H. SANDERS (*pro hac vice*)
   csanders@goodwinprocter.com
7  LANA SHIFERMAN (*pro hac vice*)
   lshiferman@goodwinprocter.com
8  **GOODWIN PROCTER LLP**
   53 State Street
9  Boston, Massachusetts 02109
   Telephone: 617.570.1000
10 Facsimile: 617.523.1231

11 Attorneys for Defendant and Counterclaim
   Plaintiff FIREEYE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FORTINET, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIREEYE, INC.,<br><br>　　　　Defendant. | Case No. 3:13-cv-02496-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR SHORTENED TIME TO HEAR FIREEYE, INC.'S MOTION TO AMEND THE CASE SCHEDULE FOR THE LIMITED PURPOSE OF SERVING THIRD PARTY SUBPOENAS TO FORTINET CUSTOMERS** |
| FIREEYE, INC.,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>FORTINET, INC.,<br><br>　　　　Counterclaim Defendant. | Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Courtroom:　15, 18th Floor<br><br>Action Filed:　June 5, 2013<br><br>Filed/Lodged Concurrently with:<br>1. Motion to Shorten Time; and<br>2. Declaration of Shane Brun |

Good cause having been shown, this Court hereby GRANTS Unopposed Motion for Shortened Time to Hear FireEye, Inc.'s Motion to Amend the Case Schedule for the Limited Purpose of Serving Third Party Subpoenas to Fortinet Customers.

Presently before the court is Defendant and Counterclaim Plaintiff FireEye, Inc.'s ("FireEye") Motion to Shorten Time to Hear FireEye's Motion for Leave To Amend Invalidity Contentions. The Court has considered the motion, and the arguments of counsel, and hereby GRANTS FireEye's motion.

IT IS HEREBY ORDERED that Fortinet, Inc.'s Opposition or Response to FireEye's Motion for Leave To Amend Invalidity Contentions shall be filed no later than September 7, 2015; FireEye's Reply Brief shall be filed no later than September 10, 2015; the hearing, if any, shall be held no later than Friday, September 11, 2015 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, California, Courtroom 18.

IT IS SO ORDERED.

Dated: ___September 1___, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR SHORTENED TIME
TO HEAR FIREEYE, INC.'S MOTION TO AMEND THE CASE SCHEDULE FOR THE LIMITED PURPOSE
OF SERVING THIRD PARTY SUBPOENAS TO FORTINET CUSTOMERS
CASE NO. 3:13-CV-02496-HSG

1