# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>FIREEYE, INC.,<br><br>      Defendant.<br><br>FIREEYE, INC.,<br><br>      Counterclaim Plaintiff,<br><br>    v.<br><br>FORTINET, INC.,<br><br>      Counterclaim Defendant. | Case No.  3:13-cv-02496-HSG<br><br>**CORRECTED ORDER GRANTING UNOPPOSED MOTION FOR SHORTENED TIME TO HEAR FIREEYE, INC.'S MOTION TO AMEND THE CASE SCHEDULE FOR THE LIMITED PURPOSE OF SERVING THIRD PARTY SUBPOENAS TO FORTINET CUSTOMERS**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  15, 18th Floor<br><br>Action Filed:  June 5, 2013<br><br>Filed/Lodged Concurrently with:<br>1. Motion to Shorten Time; and<br>2. Declaration of Shane Brun |

Good cause having been shown, this Court hereby GRANTS the Unopposed Motion for Shortened Time to Hear FireEye, Inc.'s Motion to Amend the Case Schedule for the Limited Purpose of Serving Third Party Subpoenas to Fortinet Customers.

Presently before the court is Defendant and Counterclaim Plaintiff FireEye, Inc.'s ("FireEye") Motion to Shorten Time to here FireEye's Motion to Amend the Case Schedule for the Limited Purpose of Serving Third Party Subpoenas to Fortinet Customers. The Court has considered the motion, and the arguments of counsel, and hereby GRANTS FireEye's motion.

IT IS HEREBY ORDERED that Fortinet, Inc.'s Opposition or Response to FireEye's Motion to Amend the Case Schedule for the Limited Purpose of Serving Third Party Subpoenas to Fortinet Customers shall be filed no later than September 7, 2015; FireEye's Reply Brief shall be filed no later than September 10, 2015; the hearing, if any, shall be held no later than Friday,

September 11, 2015 at 10:00 a.m. at 450 Golden Gate Avenue, San Francisco, California, Courtroom 18.

IT IS SO ORDERED.

Dated:  September 1, 2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge