SHANE BRUN (SBN 179079)
sbrun@goodwinprocter.com
RACHEL WALSH (SBN 250568)
rwalsh@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: (415) 733-6000
Facsimile: (415) 677-9041

CHARLES SANDERS (*pro hac vice*)
csanders@goodwinprocter.com
LANA SHIFERMAN (*pro hac vice*)
lshiferman@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorneys for Defendant and Counterclaim
Plaintiff FIREEYE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIREEYE, INC., <br><br> Defendant. <br><br> FIREEYE, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Counterclaim Defendant. | Case No. 3:13-cv-02496-HSG <br><br> **ORDER GRANTING FIREEYE'S UNOPPOSED MOTION TO AMEND THE CASE SCHEDULE TO EXTEND THE DEADLINE FOR EXPERT REPORTS** <br><br> Hearing Date: October 29, 2015 <br> Time: 2:00 p.m. <br> Judge: Hon. Haywood Gilliam, Jr. <br> Courtroom: 15, 18th Floor <br> Action Filed: June 5, 2015 <br><br> Filed Concurrently with: <br> 1. Unopposed Motion to Amend Case Schedule |

**ORDER**

Good cause having been shown, this Court hereby GRANTS FireEye, Inc.'s Unopposed Motion to Amend the Case Schedule To Extend the Deadline for Expert Reports, as follows:

| **Event** | **Existing Date** | **New Date** |
|---|---|---|
| Designation of Opening Experts with Reports | September 25, 2015 | November 13, 2015 |
| Designation of Rebuttal Experts with Reports | October 9, 2015 | December 4, 2015 |
| Expert Discovery Cutoff | October 23, 2015 | December 23, 2015 |
| Deadline for Filing Dispositive Motions | December 4, 2015 | January 22, 2015 |

IT IS SO ORDERED.

Dated:  9/15/2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge