SHANE BRUN (SBN 179079)
sbrun@goodwinprocter.com
RACHEL WALSH (SBN 250568)
rwalsh@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone:  (415) 733-6000
Facsimile:   (415) 677-9041

CHARLES SANDERS (*pro hac vice*)
csanders@goodwinprocter.com
LANA SHIFERMAN (*pro hac vice*)
lshiferman@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile:  (617) 523-1231

Attorneys for Defendant and Counterclaim
Plaintiff FIREEYE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>              Plaintiff,<br><br>         v.<br><br>FIREEYE, INC.,<br><br>              Defendant.<br><br>FIREEYE, INC.,<br><br>              Counterclaim Plaintiff,<br><br>         v.<br><br>FORTINET, INC.,<br><br>              Counterclaim Defendant. | Case No.  3:13-cv-02496-HSG<br><br>**ORDER GRANTING FIREEYE'S UNOPPOSED MOTION TO AMEND THE CASE SCHEDULE TO EXTEND THE DEADLINE FOR EXPERT REPORTS**<br><br>Hearing Date: October 29, 2015<br>Time:              2:00 p.m.<br>Judge:             Hon. Haywood Gilliam, Jr.<br>Courtroom:    15, 18th Floor<br>Action Filed:    June 5, 2015<br><br>Filed Concurrently with:<br>1. Unopposed Motion to Amend Case Schedule |

**ORDER**

Good cause having been shown, this Court hereby GRANTS FireEye, Inc.'s Unopposed Motion to Amend the Case Schedule To Extend the Deadline for Expert Reports, as follows:

| Event | Existing Date | New Date |
| --- | --- | --- |
| Designation of Opening Experts with Reports | September 25, 2015 | November 13, 2015 |
| Designation of Rebuttal Experts with Reports | October 9, 2015 | December 4, 2015 |
| Expert Discovery Cutoff | October 23, 2015 | December 23, 2015 |
| Deadline for Filing Dispositive Motions | December 4, 2015 | January 22, 2016 |

IT IS SO ORDERED.

Dated:   9/15/2015

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge