SHANE BRUN (SBN 179079)
sbrun@goodwinprocter.com
RACHEL M. WALSH (SBN 250568)
rwalsh@goodwinprocter.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
Telephone: 415.733.6000
Facsimile: 415.677.9041

CHARLES H. SANDERS (*pro hac vice*)
csanders@goodwinprocter.com
LANA SHIFERMAN (*pro hac vice*)
lshiferman@goodwinprocter.com
**GOODWIN PROCTER LLP**
53 State Street
Boston, Massachusetts 02109
Telephone: 617.570.1000
Facsimile: 617.523.1231

Attorneys for Defendant and Counterclaim Plaintiff FIREEYE, INC.

[SEE SIGNATURE PAGE FOR COMPLETE LIST OF COUNSEL]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>FIREEYE, INC.,<br><br>        Defendant.<br><br>FIREEYE, INC.,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>FORTINET, INC.,<br><br>        Counterclaim Defendant. | Case No. 3:13-cv-02496-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE AND OF PATENT CLAIMS WITHOUT PREJUDICE**<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  15, 18th Floor<br>Action Filed:  June 5, 2013 |

WHEREAS, on September 21, 2015, Plaintiff and Counterclaim Defendant Fortinet, Inc. ("Fortinet"), and Defendant and Counterclaim Plaintiff FireEye, Inc. ("FireEye") entered into a settlement agreement ("Settlement Agreement") addressing all issues and controversies in the above-entitled action, pursuant to FED. R. CIV. P. 41(a);

THEREFORE, IT IS STIPULATED AND AGREED between the parties, through their respective counsel of record herein, that:

1) Fortinet's state law claims (Counts VII-VIII of Fortinet's Second Amended Complaint, D.I. 71) shall be dismissed **with** prejudice;

2) Fortinet's patent infringement claims (Counts I-VI of Fortinet's Second Amended Complaint, D.I. 71), and FireEye's corresponding counterclaims for declaratory relief of non-infringement, invalidity and unenforceability (Counts IV-V of D.I. 85) shall be dismissed **without** prejudice;

3) FireEye's patent infringement counterclaims (Counts I-III of D.I. 85), and Fortinet's corresponding counterclaims for declaratory judgment of non-infringement and invalidity (First through Sixth Counterclaims of D.I. 88) shall be dismissed **without** prejudice;

4) The parties shall each bear their own costs, expenses, and attorneys' fees;

5) All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE AND OF PATENT CLAIMS WITHOUT PREJUDICE
CASE NO. 3:13-CV-02496-HSG

1

Dated:  September 21, 2015　　　　　　　　　Respectfully submitted,

By:  /s/ *Shane Brun*　　　　　　　　　
　　　SHANE BRUN (SBN 179079)
　　　*sbrun@goodwinprocter.com*
　　　RACHEL M. WALSH (SBN 250568)
　　　*rwalsh@goodwinprocter.com*
　　　LAUREL KILGOUR (SBN 269307)
　　　*lkilgour@goodwinprocter.com*
　　　DAVID SIMSON (SBN 287900)
　　　*dsimson@goodwinprocter.com*
　　　**GOODWIN PROCTER LLP**
　　　Three Embarcadero Center, 24th Floor
　　　San Francisco, California 94111-4071
　　　Telephone:  415.773.6000
　　　Facsimile:  415.677.9041

　　　CHARLES H. SANDERS (*pro hac vice*)
　　　*csanders@goodwinprocter.com*
　　　LANA SHIFERMAN (*pro hac vice*)
　　　*lshiferman@goodwinprocter.com*
　　　J. ANTHONY DOWNS (*pro hac vice*)
　　　*jdowns@goodwinprocter.com*
　　　DANIEL M. FORMAN (*pro hac vice*)
　　　*dforman@goodwinprocter.com*
　　　**GOODWIN PROCTER LLP**
　　　53 State Street
　　　Boston, Massachusetts 02109
　　　Telephone:  617.570.1000
　　　Facsimile:  617.523.1231

　　　PHONG T. DINH (*pro hac vice*)
　　　*pdinh@goodwinprocter.com*
　　　**GOODWIN PROCTER LLP**
　　　901 New York Avenue, N.W.
　　　Washington, DC 20001
　　　Telephone:  202.346.4000
　　　Facsimile:  202.346.4444

Attorneys for Defendant and Counterclaim Plaintiff FIREEYE, INC.

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE AND OF PATENT CLAIMS WITHOUT PREJUDICE
CASE NO. 3:13-CV-02496-HSG

2

| | |
|---|---|
| 1   Dated:  September 21, 2015 | By:  /s/ *John M. Neukom* |
| 2 | JOHN M. NEUKOM (SBN 275887)<br>*johnneukom@quinnemanuel.com* |
| 3 | JORDAN R. JAFFE (SBN 254886)<br>*jordanjaffe@quinnemanuel.com* |
| 4 | MATTHEW D. CANNON (SBN 252666)<br>*matthewcannon@quinnemanuel.com* |
| 5 | ANDREW M. HOLMES (SBN 260475)<br>*drewholmes@quinnemanuel.com* |
| 6 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 7 | 50 California Street, 22nd Floor<br>San Francisco, California 94111-4788 |
| 8 | Telephone:  415.875.6600<br>Facsimile:  415.875.6700 |
| 9 | Attorneys for Plaintiff and Counterclaim Defendant FORTINET, INC. |

JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE
AND OF PATENT CLAIMS WITHOUT PREJUDICE
CASE NO. 3:13-CV-02496-HSG

3

1  **PURSUANT TO STIPULATION, IT IS ORDERED** that Plaintiff Fortinet, Inc.'s state law
2  claims are dismissed **with** prejudice, and that the parties' respective patent infringement claims
3  and corresponding counterclaims for invalidity, unenforceability and non-infringement are
4  dismissed **without** prejudice.

6  Dated: _September 22_, 2015

   _____
   The Honorable Haywood S. Gilliam, Jr.
   United States District Court Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE AND OF PATENT CLAIMS WITHOUT PREJUDICE
CASE NO. 3:13-CV-02496-HSG

1

**LOCAL RULE 5-1(i)(3) ATTESTATION**

I, Shane Brun, am the ECF user whose ID and Password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF STATE LAW CLAIMS WITH PREJUDICE AND OF PATENT CLAIMS WITHOUT PREJUDICE . In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that John M. Neukom counsel for Plaintiff, Fortinet, Inc., has concurred in its filing.

Dated: September 21, 2015                               */s/ Shane Brun*
                                                           Shane Brun

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 21, 2015, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Shane Brun*
Shane Brun